Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation,* MDL 2873[1]

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Jeffery, John | 10/14/1970 | WI | The US District Court for the Eastern District of Wisconsin | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Jenkins, Shane Dee | 8/1/1979 | UT | The US District Court for the District of Utah | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Jones, Monica | 2/18/1985 | NC | The US District Court for the Eastern District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | Journell, John | 9/21/1957 | MD | The US District Court for the District of Maryland | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Judge, Norman | 10/16/1956 | NC | The US District Court for the Eastern District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 6. | Kalb, Dallas | 12/10/1958 | NC | The US District Court for the Western District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Katz, Marshall | 7/15/1947 | PA | The US District Court for the Middle District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Kendrick, Johnny Lee, Jr. | 5/24/1980 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Kerr, Renee | 4/24/1969 | PA | The US District Court for the Middle District of Pennsylvania | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Kidd, Douglas Lee | 6/21/1982 | PA | The US District Court for the Western District of Pennsylvania | Yes | | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 11. | Kincaid, Justin | 7/19/1974 | OR | The US District Court for the District of Oregon | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | King, Melissa Renee | 1/29/1980 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Knight, Charlotte | 5/16/1966 | TX | The US District Court for the Eastern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Koch, Aydan Macenzie | 11/8/2000 | IN | The US District Court for the Northern District of Indiana | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Lairson, Donny | 7/3/1972 | NM | The US District Court for the District of New Mexico | Yes | | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Larson, Jean Ellen | 3/23/1959 | GA | The US District Court for the Middle District of Georgia | Yes | | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 17. | Lawson, Ronald Anthony | 8/13/1958 | CA | The US District Court for the Central District of California | Yes | | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Leard, Albert Gregory | 5/9/1952 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Lee, Terry Wayne | 3/8/1956 | MS | The US District Court for the Northern District of Mississippi | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Lesbirel, Paul | 1/5/1954 | MA | The US District Court for the District of Massachusetts | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Lewellyn, Joseph Barry | 9/5/1954 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|------|-----|-------|-------|---|---|---|-----------|--------|
| 22. | Lewis, Shirley | 11/17/1959 | KY | The US District Court for the Eastern District of Kentucky | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 23. | Lindberg, Peter C | 2/20/1947 | MA | The US District Court for the District of Massachusetts | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Lindsay, Roger Eugene | 6/27/1958 | AR | The US District Court for the Western District of Arkansas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Linville, Ronald Clay | 5/26/1952 | TX | The US District Court for the Eastern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Locrotondo, Melissa | 9/12/1983 | NY | The US District Court for the Eastern District of New York | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Long, John | 4/5/1972 | PA | The US District Court for the Western District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Loughlin, Thomas John | 9/11/1973 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 29. | Love, Michael | 3/4/1973 | MD | The US District Court for the District of Maryland | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Maher, Daniel Joseph, Jr. | 5/14/1980 | PA | The US District Court for the Western District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Malone, Charles Briese | 3/31/1958 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Maney, William | 10/27/1943 | MT | The US District Court for the District of Montana | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Mangan, Jenna Marie | 8/16/1996 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Marin, Orlando Eliecer | 3/8/1960 | NC | The US District Court for the Middle District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 35. | Marshall, Gene Oscar | 5/22/1955 | LA | The US District Court for the Eastern District of Louisiana | Yes | | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Mattila, Uno Charles | 5/26/1947 | MI | The US District Court for the Western District of Michigan | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Maxwell, James Fletcher | 6/11/1961 | MI | The US District Court for the Western District of Michigan | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | McClodden, Torthel | 9/1/1957 | MO | The US District Court for the Eastern District of Missouri | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | McDonald, Kelli | 8/3/1969 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | McGill, Michael Patrick | 2/27/1983 | PA | The US District Court for the Eastern District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 41. | Medlin, Michael Duana | 2/23/1975 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Merritt, T H | 6/26/1965 | ME | The US District Court for the District of Maine | Yes | Yes | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Milam, Ronald Lee | 8/13/1951 | KY | The US District Court for the Western District of Kentucky | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Miller, Zachary | 2/27/1986 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Millwood, Timothy | 1/27/1962 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Montgomery, Eric Leonardo | 3/1/1965 | GA | The US District Court for the Middle District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 47. | Moody, Kirk Randal | 6/20/1969 | VA | The US District Court for the Eastern District of Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Moran, Elizabeth | 12/13/1979 | VA | The US District Court for the Eastern District of Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| # | Name | DOB | State | Court | Col6 | Col7 | Col8 | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 49. | Moreschi, Melissa Kay | 1/6/1979 | OR | The US District Court for the District of Oregon | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Morris, Floyd | 7/9/1968 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Morris-Boone, Jane Japerlet | 8/5/1977 | LA | The US District Court for the Middle District of Louisiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Morrison, Sandra | 4/3/1967 | TX | The US District Court for the Northern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 53. | Mott, Michael Allen | 4/18/1961 | WA | The US District Court for the Western District of Washington | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Moyer, Katelyn | 6/6/1996 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Mueller, Keith | 9/24/1951 | MO | The US District Court for the Eastern District of Missouri | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Nardone, Jason Michael | 9/30/1971 | OK | The US District Court for the Eastern District of Oklahoma | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Necker, Lee Francis | 9/28/1955 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Nilles, John | 2/9/1968 | PA | The US District Court for the Middle District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 59. | O'Donnell, Richard | 2/24/1967 | PA | The US District Court for the Middle District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Ochs, Michael Gerard | 4/19/1967 | VA | The US District Court for the Eastern District of Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | O'Donnell, Anthony Jerome | 1/31/1975 | IL | The US District Court for the Northern District of Illinois | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Oettel, Charles G | 1/3/1967 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Olson, Melissa Rosemary | 4/15/1980 | CA | The US District Court for the Central District of California | Yes | | Yes | Thyroid Disease; Ulcerative Colitis; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Omlor, Thomas Charles | 8/7/1948 | PA | The US District Court for the Eastern District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 65. | Orange, George William | 2/3/1968 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Orendorf, Daniel Everett | 3/24/1943 | DE | The US District Court for the District of Delaware | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | O'Shields, Ronald Lee | 5/18/1960 | OK | The US District Court for the Northern District of Oklahoma | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Ostasik, Thomas, Sr. | 5/28/1956 | NV | The US District Court for the District of Nevada | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Owen, Richard, Jr. | 5/19/1955 | LA | The US District Court for the Eastern District of Louisiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | Paci, Joseph, Jr. | 7/31/1949 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 71. | Paige, Carmen Gwynette | 3/6/1963 | VA | The US District Court for the Eastern District of Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Pangilinan, Alberto Blas, Jr. | 5/31/1961 | GU | The US District Court for the District of Guam | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Parker, Alan Ray | 2/7/1962 | AL | The US District Court for the Northern District of Alabama | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Pearson, Richard | 8/28/1958 | MO | The US District Court for the Western District of Missouri | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | Perez, Alexis | 6/10/1982 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Perez, Arturo, Jr. | 7/15/1965 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 77. | Perry, David Allen | 7/28/1973 | AR | The US District Court for the Western District of Arkansas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Pierce, David Wayne | 10/20/1959 | LA | The US District Court for the Eastern District of Louisiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Plourde, Roger | 11/7/1965 | IA | The US District Court for the Northern District of Iowa | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Poitras, Joseph | 3/15/1965 | AL | The US District Court for the Northern District of Alabama | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Poli, Theodore Ralph | 8/20/1941 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Portner, Dwayne Josef | 10/6/1962 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 83. | Pruss, Robert | 7/24/1959 | MN | The US District Court for the District of Minnesota | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Radel, Gregory William | 2/22/1971 | CA | The US District Court for the Southern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Ray, Bernard Patrick, Jr. | 2/21/1955 | NE | The US District Court for the District of Nebraska | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Reynolds, Gregory Bernard | 1/21/1966 | GA | The US District Court for the Northern District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Ripperger, Timothy Charles | 6/20/1966 | OH | The US District Court for the Southern District of Ohio | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Ritter, Robert Scott | 1/21/1977 | VA | The US District Court for the Eastern District of Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 89. | Robinson, Tracie | 1/1/1980 | NC | The US District Court for the Eastern District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Rodgers, Carl Lynn | 5/15/1951 | TX | The US District Court for the Northern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Rosa, Richard Roland, Jr. | 4/22/1958 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Rotenberry, Walter Dale | 2/15/1964 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Rowlee, Chad Steven | 9/19/1981 | IL | The US District Court for the Southern District of Illinois | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Russell, Dale | 7/28/1964 | PA | The US District Court for the Western District of Pennsylvania | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 95. | Russell, Edward Warren | 6/15/1968 | WV | The US District Court for the Southern District of West Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Ruth, Donna | 11/25/1970 | WV | The US District Court for the Southern District of West Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Ruth, Justin David | 10/14/1984 | MI | The US District Court for the Eastern District of Michigan | Yes | | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Ryan, Frank Stewart | 10/6/1946 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Sahatjian, John Anthony | 12/2/1985 | NJ | The US District Court for the District of New Jersey | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Salis, Andrew B | 7/21/1984 | NC | The US District Court for the Eastern District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 101. | Saucier, Kevin | 1/11/1966 | LA | The US District Court for the Western District of Louisiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Scanlon, Edward Sean | 2/24/1964 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 103. | Scarbrough, William Lea | 8/7/1949 | TX | The US District Court for the Eastern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Schemehorn, Rick Donald | 11/2/1962 | VA | The US District Court for the Western District of Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Schnabel, Eric Alan | 5/23/1972 | IA | The US District Court for the Northern District of Iowa | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | Sells, David Lee | 6/7/1972 | TN | The US District Court for the Middle District of Tennessee | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 107. | Semenza, William Clark | 2/11/1956 | MT | The US District Court for the District of Montana | Yes | | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Shaw, Eric James | 12/22/1969 | PA | The US District Court for the Middle District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Sheahan, Alyssa Jalyn | 8/14/1990 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | Sheeder, Jody | 3/11/1968 | PA | The US District Court for the Middle District of Pennsylvania | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Shiflet, Jeffrey | 9/15/1964 | OH | The US District Court for the Southern District of Ohio | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Simmons, Michael | 11/22/1957 | CA | The US District Court for the Southern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 113. | Smith, Coy Randall | 11/13/1959 | AL | The US District Court for the Southern District of Alabama | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Smith, Jack Raymond, II | 12/17/1960 | NC | The US District Court for the Eastern District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Smith, Joseph | 4/8/1946 | CO | The US District Court for the District of Colorado | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Smith, Kevin Clay | 9/18/1963 | TX | The US District Court for the Northern District of Texas | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Snyder, Michael | 9/1/1964 | MI | The US District Court for the Eastern District of Michigan | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Steichen, Cynthia Bernadine | 9/13/1980 | MN | The US District Court for the District of Minnesota | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 119. | Stith, Steffon Wilbert | 7/9/1962 | CA | The US District Court for the Northern District of California | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Summers, Duane | 1/7/1975 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Swonger, Ricky Boyd | 5/13/1958 | KS | The US District Court for the District of Kansas | Yes | | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Talamantez, Paul, III | 9/27/1974 | TX | The US District Court for the Northern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | Talavera, Ryan Efren | 4/27/1974 | NH | The US District Court for the District of New Hampshire | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Taylor, Danny | 1/18/1970 | IN | The US District Court for the Northern District of Indiana | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 125. | Thayer, Billy Roger | 6/16/1946 | FL | The US District Court for the Northern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Thome, Bruce Allan | 5/25/1968 | IA | The US District Court for the Southern District of Iowa | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | Tiedemann, Robert Walter | 3/17/1970 | AL | The US District Court for the Southern District of Alabama | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | Timmons, James Edverest | 6/17/1944 | TX | The US District Court for the Eastern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Tolson, Jarid William | 1/2/1979 | PA | The US District Court for the Western District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|------|-----|-------|-------|---|---|---|-----------|--------|
| 130. | Tomalson, Scott | 3/11/1963 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 131. | Trace, James Lewis, Sr. | 10/13/1955 | OH | The US District Court for the Southern District of Ohio | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | Trahan, Anthony | 8/12/1966 | LA | The US District Court for the Western District of Louisiana | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Trueheart, Charline J | 2/19/1964 | IA | The US District Court for the Southern District of Iowa | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Tryon, Lois Ann | 4/4/1960 | NM | The US District Court for the District of New Mexico | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Turner, William Andrew | 11/4/1966 | NM | The US District Court for the District of New Mexico | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Vancil, Alan Carl | 11/11/1944 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 137. | Violette, Leo, Jr. | 11/13/1944 | WA | The US District Court for the Eastern District of Washington | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Von Dolteren, David W | 3/25/1954 | NC | The US District Court for the Western District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Wakefield, Lynn W | 10/6/1949 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Walker, James Cleveland | 4/17/1963 | IL | The US District Court for the Southern District of Illinois | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | Walker, Justin Tremaine | 12/25/1987 | MD | The US District Court for the District of Maryland | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 142. | Walton, Donald | 6/4/1946 | AR | The US District Court for the Western District of Arkansas | Yes | | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 143. | Watson, Lee | 7/9/1962 | PA | The US District Court for the Western District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | Webb, James Newton, Jr. | 1/29/1950 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | Wessig, William Gerald | 2/9/1972 | MA | The US District Court for the District of Massachusetts | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | White, Jamar | 7/15/1989 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 147. | White, Marcus W, Jr. | 12/1/1950 | VA | The US District Court for the Eastern District of Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | Wiersma, Christopher Michael | 12/13/1988 | MI | The US District Court for the Western District of Michigan | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 149. | Williams, Paul | 12/4/1956 | FL | The US District Court for the Southern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 150. | Willoughby, John | 9/16/1945 | NC | The US District Court for the Middle District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |